**In re: GLYCOBIOSCIENCES, INC., Appellant.**

**No. 2014–1793.**

United States Court of Appeals, Federal Circuit.

July 10, 2015.

Jerold I. Schneider, Schneider Rothman IP Law Group, Boca Raton, FL, argued for appellant. Also represented by Joel B. Rothman.

Frances Lynch, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Sarah E. Craven, Nathan K. Kelley.

MOORE, SCHALL, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**